UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| In re: | § | Case No. 12-10899-J7 |
|---|---|---|
| | § | |
| LINAC SYSTEMS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Yvette J. Gonzales , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $466,572.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $54,483.85 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $29,516.15 | | |

3) Total gross receipts of $84,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $84,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $29,516.15 | $29,516.15 | $29,516.15 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $450,267.60 | $129,887.07 | $129,887.07 | $54,483.85 |
| **Total Disbursements** | $450,267.60 | $159,403.22 | $159,403.22 | $84,000.00 |

4). This case was originally filed under chapter 7 on 03/08/2012. The case was pending for 97 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2020        By: /s/ Yvette J. Gonzales
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| License with Mitsubishi Electric Co. (MELCO) | 1129-000 | $84,000.00 |
| **TOTAL GROSS RECEIPTS** | | $84,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS
NONE


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Yvette J. Gonzales, Trustee | 2100-000 | NA | $7,450.00 | $7,450.00 | $7,450.00 |
| Yvette J. Gonzales, Trustee | 2200-000 | NA | $605.64 | $605.64 | $605.64 |
| International Sureties, Ltd. | 2300-000 | NA | $82.98 | $82.98 | $82.98 |
| Bank of Texas | 2600-000 | NA | $468.36 | $468.36 | $468.36 |
| Independent Bank | 2600-000 | NA | $97.36 | $97.36 | $97.36 |
| Integrity Bank | 2600-000 | NA | $822.18 | $822.18 | $822.18 |
| Taxes | 2990-000 | NA | $17,152.80 | $17,152.80 | $17,152.80 |
| Yvette Gonzales, Attorney for Trustee | 3110-000 | NA | $2,792.83 | $2,792.83 | $2,792.83 |
| Yvette Gonzales, Attorney for Trustee | 3120-000 | NA | $44.00 | $44.00 | $44.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $29,516.15 | $29,516.15 | $29,516.15 |


### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE


### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | T Mobile/T-Mobile USA Inc | 7100-000 | $0.00 | $118.35 | $118.35 | $49.64 |
| 2 | Gallant Innovations, LLC | 7100-000 | $61,718.00 | $111,408.91 | $111,408.91 | $46,732.80 |
| 3 | American Express Bank, FSB | 7100-000 | $13,331.00 | $12,443.75 | $12,443.75 | $5,219.79 |
| 4 | American Express Bank, FSB | 7100-000 | $6,634.00 | $5,916.06 | $5,916.06 | $2,481.62 |
| | Accurate Machine and Tool Co. | 7100-000 | $138,767.00 | $0.00 | $0.00 | $0.00 |
| | BOA Mastercard | 7100-000 | $4,515.81 | $0.00 | $0.00 | $0.00 |
| | Citi Amercian Express | 7100-000 | $1,498.00 | $0.00 | $0.00 | $0.00 |
| | Citi World Master Card | 7100-000 | $11,156.00 | $0.00 | $0.00 | $0.00 |
| | Dennis Armijo | 7100-000 | $6,936.00 | $0.00 | $0.00 | $0.00 |
| | Donald and Barbara Swenson | 7100-000 | $41,979.00 | $0.00 | $0.00 | $0.00 |
| | Dos Hermanas | 7100-000 | $45,958.00 | $0.00 | $0.00 | $0.00 |
| | Houston Financial Consulting, Inc. | 7100-000 | $3,530.00 | $0.00 | $0.00 | $0.00 |
| | RB Logic, LLC | 7100-000 | $6,382.00 | $0.00 | $0.00 | $0.00 |
| | Stanley Estate | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| | USAA Credit Card Payments | 7100-000 | $20,140.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Card Services | 7100-000 | $7,992.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Credit Cards | 7100-000 | $29,730.79 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $450,267.60 | $129,887.07 | $129,887.07 | $54,483.85 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-10899-J7 | Trustee Name: | Yvette J. Gonzales |
|---|---|---|---|
| Case Name: | LINAC SYSTEMS, LLC | Date Filed (f) or Converted (c): | 03/08/2012 (f) |
| For the Period Ending: | 4/10/2020 | §341(a) Meeting Date: | 04/13/2012 |
| | | Claims Bar Date: | 09/18/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Wells Fargo Checking | $0.00 | $0.00 | | $0.00 | FA |
| 2  Wells Fargo Savings | $0.00 | $0.00 | | $0.00 | FA |
| 3  Hale, Debaca and CICS | $11,267.00 | $11,267.00 | | $0.00 | FA |
| Asset Notes:  Uncollectable. | | | | | |
| 4  Jim Potter, money paid on contract - goods/services not performed | $387,475.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Statute of limitations had run by time case was reopened. | | | | | |
| 5  2 patents, RFI, (1) Resonant Coupler (patent) applied for | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Funds would have had to be spent to keep pending. Expired by time case was reopened. | | | | | |
| 6  License with Mitsubishi Electric Co. (MELCO) | $0.00 | $66,847.20 | | $84,000.00 | FA |
| Asset Notes:  Awaiting full contract to determine whether estate will receive further payments. There are 6 more licenses which would provide royalty payments at $28,000 each, less taxes to the county of Japan. Assignment to Hitachi, Ltd approved. The exclusive period does not run until 2022. | | | | | |
| 7  Office Equipment, furnishings and supplies | $4,920.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Assets dissipated during case closure. There was a landlord's lien. | | | | | |
| 8  Linac Systems Laboratory Equipment | $52,910.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Assets dissipated during case closure. There was a landlord's lien. | | | | | |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
| | $466,572.00 | $78,114.20 | | $84,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 12/16/2019 | TFR to UST. |
| 09/30/2019 | Final fee application to be filed and then TFR can be prepared. |
| 09/30/2018 | Trustee has contacted counsel for Hitachi to determine if any more licenses have been sold. |
| 07/20/2017 | Trustee to review contract with MELCO to determine whether estate will receive further license payments. |

| Initial Projected Date Of Final Report (TFR): | 09/30/2019 | /s/ YVETTE J. GONZALES |
| Current Projected Date Of Final Report (TFR): | 01/13/2020 | YVETTE J. GONZALES |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 12-10899-J7 | Trustee Name: Yvette Gonzales |
| Case Name: | LINAC SYSTEMS, LLC | Bank Name: Bank of Texas |
| Primary Taxpayer ID #: | **-***2811 | Checking Acct #: ******0862 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 3/8/2012 | Blanket bond (per case limit): $1,000,000.00 |
| For Period Ending: | 4/10/2020 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/15/2017 | | Bank of Tokyo-Mitsubishi | License with Mitsubishi Electric Co. (MELCO) | * | $22,282.40 | | $22,282.40 |
| | {6} | | License with Mitsubishi Electric Co. (MELCO)  $28,000.00 | 1129-000 | | | $22,282.40 |
| | | | Taxes  $(5,717.60) | 2990-000 | | | $22,282.40 |
| 06/15/2017 | | Bank of Tokyo-Mitsubishi | License with Mitsubishi Electric Co. (MELCO) | * | $22,282.40 | | $44,564.80 |
| | {6} | | License with Mitsubishi Electric Co. (MELCO)  $28,000.00 | 1129-000 | | | $44,564.80 |
| | | | Taxes  $(5,717.60) | 2990-000 | | | $44,564.80 |
| 06/15/2017 | | Bank of Tokyo-Mitsubishi | License with Mitsubishi Electric Co. (MELCO) | * | $22,282.40 | | $66,847.20 |
| | {6} | | License with Mitsubishi Electric Co. (MELCO)  $28,000.00 | 1129-000 | | | $66,847.20 |
| | | | Taxes  $(5,717.60) | 2990-000 | | | $66,847.20 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $41.75 | $66,805.45 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $107.80 | $66,697.65 |
| 08/08/2017 | 5001 | International Sureties, Ltd. | #016024923 | 2300-000 | | $23.72 | $66,673.93 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $107.61 | $66,566.32 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $103.95 | $66,462.37 |
| 10/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $107.25 | $66,355.12 |
| 11/14/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $66,355.12 | $0.00 |
| | | | TOTALS: | | $66,847.20 | $66,847.20 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $66,355.12 | |
| | | | Subtotal | | $66,847.20 | $492.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $66,847.20 | $492.08 | |

| For the period of 3/8/2012 to 4/10/2020 | | For the entire history of the account between 06/15/2017 to 4/10/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $84,000.00 | Total Compensable Receipts: | $84,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,000.00 | Total Comp/Non Comp Receipts: | $84,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17,644.88 | Total Compensable Disbursements: | $17,644.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,644.88 | Total Comp/Non Comp Disbursements: | $17,644.88 |
| Total Internal/Transfer Disbursements: | $66,355.12 | Total Internal/Transfer Disbursements: | $66,355.12 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-10899-J7 | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|
| Case Name: | LINAC SYSTEMS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2811 | | Checking Acct #: | ******0899 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 3/8/2012 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/10/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/14/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $66,355.12 | | $66,355.12 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $54.06 | $66,301.06 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.49 | $66,202.57 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.34 | $66,104.23 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.70 | $66,015.53 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.06 | $65,917.47 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $94.77 | $65,822.70 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $97.78 | $65,724.92 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $94.49 | $65,630.43 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $97.49 | $65,532.94 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $15.70 | $65,517.24 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($15.70) | $65,532.94 |
| 08/15/2018 | 5001 | International Sureties, Ltd. | Bond #016024923 | 2300-000 | | $25.58 | $65,507.36 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,146.37 | $64,360.99 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,146.37) | $65,507.36 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $97.36 | $65,410.00 |
| 08/13/2019 | 5002 | International Sureties, Ltd. | Bond #016024923 | 2300-000 | | $33.68 | $65,376.32 |
| 03/10/2020 | 5003 | Yvette Gonzales | Claim #: ; Amount Allowed: 44.00; Distribution Dividend: 100.00; | 3120-000 | | $44.00 | $65,332.32 |
| 03/10/2020 | 5004 | Yvette Gonzales | Claim #: ; Amount Allowed: 2,792.83; Distribution Dividend: 100.00; | 3110-000 | | $2,792.83 | $62,539.49 |
| 03/10/2020 | 5005 | Yvette J. Gonzales | Trustee Expenses | 2200-000 | | $605.64 | $61,933.85 |
| 03/10/2020 | 5006 | Yvette J. Gonzales | Trustee Compensation | 2100-000 | | $7,450.00 | $54,483.85 |
| 03/10/2020 | 5007 | T Mobile/T-Mobile USA Inc | Claim #: 1; Amount Allowed: 118.35; Distribution Dividend: 41.95; | 7100-000 | | $49.64 | $54,434.21 |
| 03/10/2020 | 5008 | Gallant Innovations, LLC | Claim #: 2; Amount Allowed: 111,408.91; Distribution Dividend: 41.95; | 7100-000 | | $46,732.80 | $7,701.41 |
| 03/10/2020 | 5009 | American Express Bank, FSB | Claim #: 3; Amount Allowed: 12,443.75; Distribution Dividend: 41.95; | 7100-000 | | $5,219.79 | $2,481.62 |
| 03/10/2020 | 5010 | American Express Bank, FSB | Claim #: 4; Amount Allowed: 5,916.06; Distribution Dividend: 41.95; | 7100-000 | | $2,481.62 | $0.00 |
| | | | | SUBTOTALS | $66,355.12 | $66,355.12 | |

Page No: 3
Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-10899-J7 | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|
| Case Name: | LINAC SYSTEMS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2811 | | Checking Acct #: | ******0899 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 3/8/2012 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/10/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $66,355.12 | $66,355.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $66,355.12 | $0.00 | |
| | | | Subtotal | | $0.00 | $66,355.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $66,355.12 | |

**For the period of 3/8/2012 to 4/10/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $66,355.12 |
| | |
| Total Compensable Disbursements: | $66,355.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66,355.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/14/2017 to 4/10/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $66,355.12 |
| | |
| Total Compensable Disbursements: | $66,355.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66,355.12 |
| Total Internal/Transfer Disbursements: | $0.00 |


# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD


Page No: 4
Exhibit 9

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 12-10899-J7 | | **Trustee Name:** | Yvette Gonzales |
| **Case Name:** | LINAC SYSTEMS, LLC | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***2811 | | **Checking Acct #:** | ******0899 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 3/8/2012 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 4/10/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $66,847.20 | $66,847.20 | $0.00 |

**For the period of 3/8/2012 to 4/10/2020**

| | |
|---|---|
| Total Compensable Receipts: | $84,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,000.00 |
| Total Internal/Transfer Receipts: | $66,355.12 |
| | |
| Total Compensable Disbursements: | $84,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84,000.00 |
| Total Internal/Transfer Disbursements: | $66,355.12 |

**For the entire history of the case between 03/08/2012 to 4/10/2020**

| | |
|---|---|
| Total Compensable Receipts: | $84,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,000.00 |
| Total Internal/Transfer Receipts: | $66,355.12 |
| | |
| Total Compensable Disbursements: | $84,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84,000.00 |
| Total Internal/Transfer Disbursements: | $66,355.12 |

/s/ YVETTE GONZALES

YVETTE GONZALES


Case 12-10899-j7    Doc 36    Filed 05/06/20    Entered 05/06/20 10:00:34 Page 9 of 9